McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
Federal Courthouse
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                   )<br>                                             )<br>              Plaintiff,                    )<br>     v.                                      )<br>                                             )<br>2002 MERCEDES-BENZ C320,                     )<br>LICENSE NO. 5TOP844,                         )<br>VIN: WDBRF64J32F178527, and                  )<br>                                             )<br>APPROXIMATELY $1,528.00 IN                   )<br>U.S. CURRENCY,                               )<br>                                             )<br>              Defendants.                   )<br>_____        ) | 1:06-CV-00620-OWW-LJO<br><br>APPLICATION AND ORDER<br>FOR PUBLICATION |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1.   Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1      3.   The defendant assets were seized in Fresno County,
2 Fresno, California;
3      4.   Plaintiff proposes that publication be made as follows:
4           a.   One publication;
5           b.   In the following newspaper, a legal newspaper of
6 general circulation, located in the county in which the defendant
7 assets were seized: Fresno Business Journal;
8           c.   The publication to include the following:
9                (1)   The Court, title and number of the action;
10               (2)   The date of the arrest/seizure;
11               (3)   The identity and/or description of the assets
12 arrested/seized;
13               (4)   The name, address and telephone number of the
14 attorney for the plaintiff;
15               (5)   A statement that claims of persons entitled
16 to possession or claiming an interest pursuant to Supplemental
17 Rule C(6) of the Federal Rules of Admiralty must be filed with
18 the Clerk and served on the attorney for the plaintiff within 30
19 days after the date of publication;
20               (6)   A statement that answers to the complaint
21 must be filed and served within 20 days after the filing of the
22 claims and, in the absence thereof, default may be entered and
23 condemnation ordered;
24               (7)   A statement that applications for
25 intervention under Fed. R. Civ. P. 24 by persons claiming
26 maritime liens or other interests shall be filed within the 30
27 days allowed for claims for possession; and
28 ///

       (8) The name, address, and telephone number of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

```
Dated: 5/19/06              McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Stephanie Hamilton Borchers
                            STEPHANIE HAMILTON BORCHERS
                            Assistant U.S. Attorney
```

## ORDER

IT IS SO ORDERED.

**Dated:   May 23, 2006**           **/s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE

3