**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2002 MERCEDES-BENZ C320, LICENSE ) <br> NO. 5TOP844, VIN: ) <br> WDBRF64J32F178527, AND ) <br> APPROXIMATELY $1,528.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:0-6cv-0620 OWW LJO <br><br> ORDER AFTER SCHEDULING CONFERENCE <br><br> Further Scheduling Conference Date: 1/10/07 8:45 Ctrm. 3 |

I.   Date of Scheduling Conference.

   September 27, 2006.

II.  Appearances Of Counsel.

   Stephanie Hamilton Borchers, Esq., Assistant United States Attorney, appeared on behalf of Plaintiff.

   There was no appearance on behalf of Defendants or any Claimant.

III. Summary of Pleadings.

   1.   This is an *in rem* civil forfeiture action.  In its Verified Complaint For Forfeiture *In Rem*, the government alleges that the 2002 Mercedes-Benz C320, License No. 5TOP844, VIN

1

WDBRF64J32F178527 (hereinafter "defendant vehicle") and approximately $1,528.00 in U.S. Currency (hereinafter "defendant currency"), constitutes monies or things of value furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such an exchange and/or were used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*. The defendant vehicle constitutes a conveyance used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance. The defendant vehicle was seized from Thomas Garza (hereinafter "Garza") during a traffic stop at the corner of Shaw and Brawley Avenues in Fresno, California, on March 20, 2006, along with approximately $1,528.00 in U.S. Currency found in Garza's pants pocket, five (5) grams of marijuana and paperwork for the purchase of the defendant vehicle from A&M Auto. Accordingly, Plaintiff seeks to forfeit the defendant vehicle and defendant currency pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(4).

2.  Law enforcement officers advised Garza that his residence located at 3549 W. San Jose Avenue, Apartment 106, Fresno, California, was going to be searched. The search produced a firearm loaded with ten (10) rounds of ammunition and holsters along with a small scale and approximately 158 grams of marijuana. Garza was subsequently arrested pursuant to 1997 felony conviction for receiving stolen property and for violation of 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm.

3.  A&M Financial filed a claim and answer in this action as an innocent lienholder.

2

    4.   On May 31, 2006, Jessica Sandoval was personally served with copies of the Complaint, Application and Order for Publication, Warrant and Summons for Arrest, Order Setting Mandatory Scheduling Conference, Notice of Availability of a Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, and a letter dated May 23, 2006.  On June 2, 2006, Thomas Garza was personally served with copies of the above-listed documents.  On August 24, 2996, Maria Louisa Blanco was personally served with copies of the above listed documents.  On August 24, 2006, Maria Louisa Blanco was personally served with copies of the above-listed documents.  None have filed claims.

    5.   As of the date of the filing of this report, no other potential claimants have filed claims or answers with the court in this action.

IV.   Orders Re Amendments To Pleadings.

    1.   The parties do not anticipate filing any amendments to the pleadings at this time.

V.    Factual Summary.

    A.   Admitted Facts Which Are Deemed Proven Without Further Proceedings.

        1.   It is uncontested that the government filed a Verified Complaint for Forfeiture *In Rem* on May 19, 2006, and that the defendant vehicle was arrested on May 31, 2006, and defendant currency was arrested on June 13, 2006, pursuant to a Warrant and Summons for Arrest issued on May 19, 2006.

        2.   Claimant A&M financial contends it is an innocent lienholder and has requested to enter into an expedited settlement with Plaintiff.

  B. Contested Facts.

    1. Plaintiff contends the facts are as alleged in its Verified Complaint.

VI. Legal Issues.

  A. Uncontested.

    1. Jurisdiction exists under 28 U.S.C. §§ 1345 and 1355 and 21 U.S.C. § 881.

    2. Venue is proper under 28 U.S.C. § 1395.

  B. Contested.

    1. There are no disputed legal issues at this time.

VII. Consent to Magistrate Judge Jurisdiction.

  1. The parties have not consented to transfer the case to the Magistrate Judge for all purposes, including trial.

VIII. Corporate Identification Statement.

  1. Any nongovernmental corporate party to any action in this court shall file a statement identifying all its parent corporations and listing any entity that owns 10% or more of the party's equity securities.  A party shall file the statement with its initial pleading filed in this court and shall supplement the statement within a reasonable time of any change in the information.

IX. Discovery Plan and Cut-Off Date.

  1. The parties in this case have been served.  No response has been received and it is the intent of the Plaintiff to seek defaults of potential claimants.

  2. The Court will extend the time for notice of request to enter defaults and any defaults for 90 days through and including December 26, 2006.

4

1    3.   A further Scheduling Conference will be held on January 10, 2007, at 8:45 a.m. in Courtroom 3.

X.   Related Matters Pending.

1.   There is a related matter entitled *United States v. Garza*, 1:06-cr-0111 OWW which resolved with Garza entering into a plea agreement on July 28, 2006.  Service is required for Roger Van Actor of A&M Financial.

IT IS SO ORDERED.

**Dated:   September 27, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE