IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 06-0620 OWW LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON GOVERNMENT'S APPLICATION FOR DEFAULT JUDGMENT** |
| vs. | |
| 2002 MERCEDES-BENZ C320, LICENSE NO. 5TOP844, VIN WDBRF64J32F178527, et al., | |
| Defendants. | |

**INTRODUCTION**

In this civil forfeiture action, plaintiff United States of America seeks:

1. Default judgment against the interests of Thomas Gonzalez Garza, Jessica C. Sandoval and Maria Louisa Blanco in defendants 2002 Mercedes-Benz C320 vehicle identification number WDBRF64J32F178527, California license number 5TOP844, and $1,528 U.S. currency; and

2. Entry of a final forfeiture judgment to vest in the Government all right, title and interest in defendants Mercedes and currency.

The magistrate judge issued January 3, 2007 findings and recommendations to:

1. GRANT plaintiff United States of America default judgment against the interests of

        Thomas Gonzalez Garza, Jessica C. Sandoval and Maria Louisa Blanco in defendants 2002 Mercedes-Benz C320 vehicle identification number WDBRF64J32F178527, California license number 5TOP844, and $1,528 U.S. currency;

2. ENTER final forfeiture judgment to vest in plaintiff United States of America all right, title and interest in defendants 2002 Mercedes-Benz C320 vehicle identification number WDBRF64J32F178527, California license number 5TOP844, and $1,528 U.S. currency; and

3. ORDER plaintiff United States of America, within 10 days of service of an order to adopt the findings and recommendations, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and order adopting them.

No timely objections to the findings and recommendations were filed.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's January 3, 2007 findings and recommendations; and

2. ORDERS plaintiff United States of America, within 10 days of service of this order, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and this order.

IT IS SO ORDERED.

**Dated:   January 18, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE