1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   1:06-CV-00620-OWW-LJO
                                       )
12          Plaintiff,                 )
                                       )
13      v.                             )   **DEFAULT JUDGMENT OF**
                                       )   **FORFEITURE AND FINAL JUDGMENT**
14                                     )   **FOR FORFEITURE**
    2002 MERCEDES-BENZ C320,           )
15  LICENSE NO. 5TOP844,               )
    VIN: WDBRF64J32F178527, and        )
16                                     )
    APPROXIMATELY  $1,528.00  IN  U.S. )
17  CURRENCY,                          )
                                       )
            Defendants.                )
    _____)

18      This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default

19  Judgment filed December 6, 2006.  The Magistrate Judge has recommended that plaintiff's motion

20  for default judgment be granted, and no timely objection has been filed.  An Order to Adopt Findings

21  and Recommendations on Government's Application for Default Judgment was filed on January 23,

22  2007.  Based on the Magistrate Judge's Findings and Recommendations on Government's

23  Application for Default Judgment, the Order to Adopt Findings and Recommendations on

24  Government's Application for Default Judgment, and the files and records of the Court, it is

25      ORDERED, ADJUDGED AND DECREED:

26      1.      After a *de novo* review, the Court adopts the Magistrate Judge's January 3, 2007

27  Findings and Recommendations in full.

28      2.      Thomas Gonzalez Garza, Jessica C. Sandoval, and Maria Louisa Blanco are held in

1  default.

2      3.    A judgment by default is hereby entered against any right, title, or interest in the

3  defendant 2002 Mercedes-Benz C320, License No. 5TOP844, VIN: WDBRF64J32F178527 and the

4  defendant approximately $1,528.00 in U.S. Currency of Thomas Gonzalez Garza, Jessica C.

5  Sandoval, and Maria Louisa Blanco.

6      4.    A final judgment is hereby entered, forfeiting all right, title, and interest in the

7  defendant 2002 Mercedes-Benz C320, License No. 5TOP844, VIN: WDBRF64J32F178527 and the

8  defendant approximately $1,528.00 in U.S. Currency to the United States of America, to be disposed

9  of according to law, including all right, title, and interest of Thomas Gonzalez Garza, Jessica C.

10  Sandoval, and Maria Louisa Blanco, subject to the interest of Claimant A&M Financial (hereafter

11  "A&M Financial") pursuant to the Stipulation for Expedited Settlement and Order Thereon filed on

12  November 8, 2006.

13      5.    Title to the defendant vehicle shall vest solely in the name of the United States of

14  America, subject to the interest of Claimant A&M Financial.

15      6.    Pursuant to the Stipulation for Expedited Settlement and Order Thereon filed on

16  November 8, 2006, Claimant A&M Financial shall be paid directly from the proceeds of the sale,

17  after payment of outstanding expenses of custody and sale incurred by the Bureau of Alcohol,

18  Tobacco, Firearms and Explosives, in full settlement and satisfaction of their claim, the following:

19      a.    All unpaid principal due to A&M Financial in the amount of $4,090.00 as of

20  June 5, 2006, pursuant to the Retail Installment Sale Contract and Promissory Note dated February

21  23, 2006. Upon payment of the principal amount owed, Claimant A&M Financial has agreed to

22  waive the interest due, computed at the annual percentage rate of 21%, and all associated late and

23  non-payment charges.

24  ///

25  ///

26  ///

27  ///

28      7.    All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  **February 9, 2007**          **/s/ Oliver W. Wanger**

emm0d6UNITED STATES DISTRICT JUDGE